IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL ACTION FILE |
| v. | ) | |
| | ) | NO. 1:11-cr-121-TCB |
| MARC CONNER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Government's expedited motion [10] for review of Magistrate Judge John J. O'Sullivan's March 24, 2011 pre-trial release order came before the Court for consideration on Friday, March 25, at 11:30 a.m. in Courtroom 2106.  The Court heard from counsel for Defendant Marc Conner, and the Court hereby ORDERS that Magistrate Judge O'Sullivan's March 24 Order granting Conner bond be STAYED until the Court rules on the Government's expedited motion.  The hearing on the Government's expedited motion shall take place on Wednesday, March 30, at 3:00 p.m. in Courtroom 1707.

IT IS SO ORDERED this 25th day of March, 2011.

_____
Timothy C. Batten, Sr.
United States District Judge