# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:11-cr-00121-SCJ -LTW
### USA v. Conner et al
### Honorable Steve C Jones

Minute Sheet for proceedings held In Open Court on 03/30/2011.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 4:30 P.M.
TIME IN COURT: 1:30

COURT REPORTER: Lois Phillips
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| DEFENDANT(S): | [1]Mark A. Conner NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | David Chaiken representing USA<br>Douglas Gilfillan representing USA<br>Paul Monnin representing Mark A. Conner |
| PROCEEDING CATEGORY: | Motion Hearing(Other Evidentiary Hearing-Contested); |
| MOTIONS RULED ON: | DFT#1-[10]Motion for Review of Magistrate Judges Detention Order TAKEN UNDER ADVISEMENT WRITTEN ORDER TO FOLLOW |
| MINUTE TEXT: | Hearing held; oral argument heard. Government's exhibits 1, 2, 3, 3A, 4, 7, 8, 10, 11, 12, 13 and 14 ADMITTED. The court advised counsel that it does not believe the conditions of release previously imposed by the Magistrate Judge are sufficient to ensure defendant's appearance at trial. A written order will follow. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |