IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK A. CONNER,<br><br>         Defendant | CRIMINAL ACTION<br><br>NO. 1:11-CR-121-1-SCJ |

**DEFENDANT MARK A. CONNER'S
MOTION FOR STAY OF DETENTION ORDER**

Defendant Mark A. Conner, by and through his undersigned counsel,

respectfully submits this motion for a stay of any potential order by the Court

under 18 U.S.C. § 3145(a)(1) vacating the release order entered in the Southern

District of Florida by U.S. Magistrate Judge John J. O'Sullivan and directing

instead that he be detained pre-trial.  In support of his motion, Mr. Conner states as

follows:

1.      The Court took the issue of detention under advisement at the

conclusion of the parties' March 30, 2011 presentations in connection with this

Court's review of Magistrate Judge O'Sullivan's pre-trial release order with

respect to Mr. Conner.  (Doc. 23).

2.      In particular, while the Court expressed reservations regarding

whether the existing release conditions would be sufficient to ensure Mr. Conner's

appearance, the Court reserved ruling until such time as it had the opportunity to review the record and the parties' presentments in full, to be followed by issuance of a written order.

3.      Moreover, the Court advised Mr. Conner that, to the extent he could proffer additional evidence related to the government's showing concerning risk of flight and/or enhanced release conditions designed to assure his appearance, the Court was willing to consider any supplemental proffer by Mr. Conner.

4.      Although Mr. Conner maintains that the government has not met its burden of proof to establish that the release conditions set by Magistrate Judge O'Sullivan are insufficient to secure his appearance, as he related to the Court on Wednesday evening, Mr. Conner is exploring whether enhanced security conditions, in particular real-time GPS monitoring, would satisfy the Court's concerns.

5.      In addition, while Mr. Conner maintains that the government has impermissibly sought to pre-try the merits of its case in connection with a bond hearing, rather than, as contemplated by 18 U.S.C. § 3142, focusing on the circumstances of Mr. Conner's arrest, the lack of any material evidence of his intent to conceal his identity of whereabouts notwithstanding his nearly two-year status as the principal target of the government's investigation, and the fact that an identically-situated co-defendant is currently enlarged on a $250,000 appearance

bond, he intends to address by way of a supplemental proffer the government's contentions regarding the validity of his bankruptcy petition, his stake in illiquid assets such as artwork and furniture, and the legitimacy of his Georgia home sale.

6.      To facilitate the foregoing showings (which Mr. Conner intends to make through counsel prior to his removal to this judicial district), Mr. Conner respectfully requests that the Court stay entry of any potential detention order.  Of course, to the extent the Court deems Magistrate Judge O'Sullivan's release order – or a modified order fashioned by the Court – sufficient to ensure Mr. Conner's appearance, this motion should be denied as moot.

WHEREFORE, Mr. Conner respectfully requests that, pursuant to this Court's inherent authority to manage its docket, the Court refrain from entering a detention order in this case under 18 U.S.C. § 3145 until such time as Mr. Conner has had the opportunity to supplement the record to address any concerns the Court may have regarding the setting of release conditions that would reasonably assure his appearance.

Dated:  April 1, 2011                                Respectfully submitted,


By: /s/ Paul N. Monnin

Paul N. Monnin
Georgia Bar No. 516612

DLA PIPER LLP (US)
One Atlantic Center
1201 West Peachtree Street
Suite 2800
Atlanta, Georgia  30309-3450
Telephone:(404) 736-7804
Facsimile: (404) 682-7800
paul.monnin@dlapiper.com

*Attorney for Defendant Mark A. Conner*

## LOCAL RULE 7.1D CERTIFICATE

The undersigned hereby certifies that the foregoing has been formatted in Times New Roman font, 14-point type, which complies with the font size and point requirements of Local Rule 5.1B.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated:  April 1, 2011                              By: /s/ Paul N. Monnin
                                                              Paul N. Monnin