**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL CASE NO.** |
| | : | |
| **MARK CONNER,** | : | **1:11-CR-121-SCJ** |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

This matter appears before the Court on the Government's Motion to Return Funds to Garnishee (Doc. No. [338]), which the Court construes as a request for a disbursement (from the registry) order requiring compliance with the certification procedures of Local Rule 67.1.  The proposed order presented by the Government does not show that it has undergone the Clerk's Office/Financial Department's certification procedure.  To this regard, Counsel for the Government is hereby **ORDERED** to comply with Local Rule 67.1 and obtain certification by Financial Deputy Clerk, Peter Tran (404-215-1626).  The Government shall thereafter present the certified order to the Court for review.

**IT IS SO ORDERED,** this 26th day of October, 2016.

s/Steve C. Jones
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE